[No. 11961–3–I.  Division One.  May 6, 1985.]

RAINIER NATIONAL BANK, *Respondent,* v. PETER
W. STEELSMITH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–05784–5, Horton Smith, J., entered June 18, 1982. *Affirmed* by unpublished opinion per Scholfield, A.C.J., concurred in by Swanson and Ringold, JJ.

[Nos. 12176–6–I; 12178–2–I.  Division One.  May 6, 1985.]

*In the Matter of the Guardianship of*
SHELLE LEE GRABER, ET AL.

CAROLE A. GRABER, ET AL, *Appellants,* v. ROBERT
R. BEEZER, *as Guardian,* ET AL,
*Respondents.*

Appeals from a judgment of the Superior Court for King County, No. G–2016, Stanley Stone, J. Pro Tem., entered July 30, 1982. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Ringold, JJ.

[No. 13952–5–I.  Division One.  May 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLAN
TODD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–01810–9, Herbert M. Stephens, J., entered October 12, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ringold and Webster, JJ.